IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESHA RESEARCH, LLC, now known as TRUSTWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>RLH ASSETS, LLC dba FOODWIT; and DOES 1-20,<br><br>    Defendants. | C.A. No.<br>**JURY TRIAL DEMANDED** |

**TRUSTWELL'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff ESHA Research, LLC, now known as Trustwell ("Trustwell"), certifies that Trustwell is a wholly owned subsidiary of ESHA Intermediate, LLC, which is based and registered in Delaware, and that no publicly-held corporation owns 10% or more of its stock.

Dated: February 20, 2025

*Of Counsel:*

Cary D. Sullivan (*PHV app. pending*)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail: carysullivan@jonesday.com

  */s/ Kenneth L. Dorsney*
 Kenneth L Dorsney (#3726)
 Cortlan S. Hitch (#6720)
 MORRIS JAMES LLP
 500 Delaware Avenue, Suite 1500
 Wilmington, DE  19801
 Telephone: (302) 888-6800
 kdorsney@morrisjames.com
 chitch@morrisjames.com

 *Attorneys for Plaintiff*
 *ESHA Research, LLC, now known as Trustwell*