# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESHA RESEARCH, LLC, now known as TRUSTWELL, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 25-206-RGA |
| v. | ) ) | |
| RLH ASSETS, LLC d/b/a FOODWIT; and DOES 1-20, | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

WHEREAS, RLH Assets, LLC ("Defendant") moves this Court to dismiss this action for lack of venue under 28 U.S.C. § 1406, or to transfer it to the United States District Court for the District of Oregon, or, in the alternative, under 28 U.S.C. § 1404, moves to transfer this action to the United States District Court for the District of Oregon;

WHEREAS, the Court having considered the Defendant's Motion to Dismiss or Transfer Under 28 U.S.C. § 1406 or to Transfer Under 28 U.S.C. § 1404, and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2025, that the Defendant's Motion to Dismiss or Transfer Under 28 U.S.C. § 1406 or to Transfer Under 28 U.S.C. § 1404 is GRANTED and this action shall be [dismissed without prejudice] [transferred to the United States District Court for the District of Oregon].

_____
The Honorable Richard G. Andrews