# EXHIBIT 3


**Genesis R&D Quote Request**

1 message

**Benjamin Miller** <ben@esha.com>                                                          Tue, Aug 15, 2017 at 7:22 AM
To: beckl@foodwit.com <beckl@foodwit.com>

Rebecca,

Thank you for your interest in our Genesis R&D. I am excited about what our software solutions can do for you and your team and happy to guide you to the best solution to meet your needs. I am happy to provide you with a quote if you would like. The ESHA Consulting License provides full access to all Genesis R&D Food modules, on an annual subscription basis. Package includes ESHA Port utility, priority support, and updates. Attached is pricing information.

In addition, our Genesis consultant has the option to be exclusive Genesis software resellers. As a reseller, you can sell Genesis to customers at standard rates and receive a 30% reimbursement for each software sale.

This program lets you have everything ESHA Genesis offers at a discounted rate to assist in building your business with ESHA's 30 plus years of expertise as a leader in nutrition labeling and formulation software as your partner.

Links to learn more about Genesis:

- Overview of the Genesis R&D program
- Label samples
- Report samples
- Genesis limited Demo

Please let me know if you have any questions or would like to place an order.

Benjamin Miller

Product Consultant

ESHA Research

T: 503-585-6242 x117

F: 503-585-5543

Email: Ben@esha.com

www.esha.com

**From:** Wufoo [mailto:no-reply@wufoo.com]
**Sent:** Monday, August 14, 2017 3:48 PM
**To:** Sales <Sales@esha.com>
**Subject:** Genesis R&D Quote Request [#482]

| | |
|---|---|
| **First Name** * | Rebecca |
| **Last Name** * | Holmes |
| **Company Name** * | Foodwit |
| **Phone Number** * | 2064579598 |
| **Job Title** | Founder |
| **Email** * | beckl@foodwit.com |
| **Address** * |  1455 NW Irving Street Suite 200 Portland, OR 97209 United States |
| **Are you an academic facility?** * | No |
| **Are you a consultant?** * | Yes |
| **What platform are you interested in?** * | ·  Hosted Subscription |
| **How many licenses (concurrent users)** | 2 |
| **Additional Modules** | ·  ESHA Port (Import/Export) ·  Genesis API |
| **Label Modules** | ·  Mexico ·  United States |

**Industry** * Consultant

| | |
|---|---|
| **How did you hear about ESHA?** * | Other (Please Specify) |

| | |
|---|---|
| **Other (Please Specify)** | Industry Experience |

📄 **GNF-CONSULTANT-2017.pdf**
64 KB

 **Genesis R&D®** Food Development and Labeling Software

## 2017 Genesis R&D® Consultant Subscription Price List and Order Form

Name _____

Company _____

Address _____

Billing Address (if different) _____

City _____State _____ Zip or Postal Code _____

Phone _____ Fax _____ Email _____

To order, call 800-659-3742 option 2 or 503-585-6242 option 2 (outside the U.S.), fax this form to 503-585-5543, email it to sales@esha.com or return this form with payment to: ESHA Research, 4747 Skyline Rd. S Ste. 100, Salem, OR 97306.

**Payment Information:**
Visa/MC/Amex/Disc. # _____Expiration_____

## PRICES *(all prices in U.S. dollars)*

| Genesis R&D | Annual | Qty. | Total |
|---|---|---|---|
| Includes<br>• 1 Named User<br>• All Label Modules<br>• ESHA Port | $3,499 | | |
| **Add-Ons** | **Annual** | **Qty.** | **Total** |
| Additional Users | $1,499 | | |
| *Workflow Utilities* | | | |
| ESHA Port Connect* | $999 | | |

*on-site install only

*Genesis R&D consultants are also eligible to sign up as exclusive Genesis resellers. As a reseller, you will earn 30% of the total value of any Genesis sales you initiate.*

**Total** _____

**Notice**
*All subscription services will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription before the end of the current subscription period.*

4747 Skyline Rd. S Ste. 100, Salem, OR 97306 • 800-659-3742 • 503-585-6242 • sales@esha.com