# EXHIBIT 4

**Re: Genesis R&D Quote Follow Up**

1 message

**Becki Holmes** <becki@foodwit.com>                                                    Wed, Aug 30, 2017 at 2:01 PM
To: Benjamin Miller <ben@esha.com>

Hi Ben,

Hope you've been well!  I'd like to sign up for a cloud subscription.  Attached is the completed form.  Please let me know when we can expect access and credentials.

Best,
Becki

On Fri, Aug 18, 2017 at 10:27 AM, Benjamin Miller <ben@esha.com> wrote:

> Rebecca,
>
> I am following up to make sure you received the information you were looking for and see if you had a chance to review our Genesis R&D software.
>
> I'm happy to assist and here to help answer any questions.
>
> Best Regards,
>
> Benjamin Miller
>
> Product Consultant
>
> ESHA Research
>
> T: 503-585-6242 x117
>
> F: 503-585-5543
>
> Email: Ben@esha.com
>
> www.esha.com
>
> Facebook | Twitter | LinkedIn

--
Becki Holmes
Foodwit - Founder & Principal
p. 206.457.9598



**Genesis R&D®** Food Development and Labeling Software

# 2017 Genesis R&D® Consultant Subscription Price List and Order Form

Name  Rebecca Holmes

Company  Foodwit

Address  8045 SW 11th Avenue

Billing Address (if different)

City  Portland          State  OR          Zip or Postal Code  97219

Phone  206-457-9598          Fax          Email  becki@foodwit.com

To order, call 800-659-3742 option 2 or 503-585-6242 option 2 (outside the U.S.), fax this form to 503-585-5543, email it to sales@esha.com or return this form with payment to: ESHA Research, 4747 Skyline Rd. S Ste. 100, Salem, OR 97306.

**Payment Information:**
Visa/MC/Amex/Disc. #  5592 5700 0241 5276          Expiration  06/19

## PRICES (all prices in U.S. dollars)

| Genesis R&D | Annual | Qty. | Total |
|---|---|---|---|
| Includes<br>• 1 Named User<br>• All Label Modules<br>• ESHA Port | $3,499 | 1 | 3,499 |
| **Add-Ons** | **Annual** | **Qty.** | **Total** |
| Additional Users | $1,499 | | |
| *Workflow Utilities* | | | |
| ESHA Port Connect* | $999 | | |

*on-site install only

*Genesis R&D consultants are also eligible to sign up as exclusive Genesis resellers. As a reseller, you will earn 30% of the total value of any Genesis sales you initiate.*

**Total**  3,499

**Notice**
*All subscription services will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription before the end of the current subscription period.*

4747 Skyline Rd. S Ste. 100, Salem, OR 97306 • 800-659-3742 • 503-585-6242 • sales@esha.com