# EXHIBIT 7

# Re: Genesis R&D Quote Follow Up
1 message

**Becki Holmes** <becki@foodwit.com>  Wed, Aug 30, 2017 at 2:20 PM
To: Benjamin Miller <ben@esha.com>

Great, thanks!  The form is all complete.

Best,
Becki

On Wed, Aug 30, 2017 at 2:10 PM, Benjamin Miller <ben@esha.com> wrote:

> Becki,
>
> Great! Thank you for providing your credit card information.
>
> To complete the sign-up process for the Genesis Cloud Services, I will need you to fill out this ESHA Cloud Registration Form, so that we can create the account. Once the form is completed, it will take 1-3 business days to have the cloud installation ready to go for you.
>
> When the access is ready, we will send you notification via email.
>
> That email will contain:
>   1. Your log-in information and link to access Genesis
>   2. The paid invoice receipt
>   3. Links for our various support departments, tutorials, and user manual
>
> I look forward to the completion of your set-up form.
>
> Please let us know if we can provide further assistance.
>
> Best Regards,
>
> Benjamin Miller
>
> Product Consultant
>
> ESHA Research
>
> T: 503-585-6242 x117
>
> F: 503-585-5543

Email: Ben@esha.com

www.esha.com

Facebook | Twitter | LinkedIn

**From:** Becki Holmes [mailto:becki@foodwit.com]
**Sent:** Wednesday, August 30, 2017 2:01 PM
**To:** Benjamin Miller <ben@esha.com>
**Subject:** Re: Genesis R&D Quote Follow Up

Hi Ben,

Hope you've been well! I'd like to sign up for a cloud subscription. Attached is the completed form. Please let me know when we can expect access and credentials.

Best,

Becki

On Fri, Aug 18, 2017 at 10:27 AM, Benjamin Miller <ben@esha.com> wrote:

> Rebecca,
>
> I am following up to make sure you received the information you were looking for and see if you had a chance to review our Genesis R&D software.
>
> I'm happy to assist and here to help answer any questions.
>
> Best Regards,
>
> Benjamin Miller
>
> Product Consultant
>
> ESHA Research
>
> T: 503-585-6242 x117
>
> F: 503-585-5543
>
> Email: Ben@esha.com
>
> www.esha.com
>
> Facebook | Twitter | LinkedIn

--

Becki Holmes
Foodwit - Founder & Principal
p. 206.457.9598

--

Becki Holmes
Foodwit - Founder & Principal
p. 206.457.9598